***Request for leave to file the instant document in FWC case # 17-cv-10164****; whereby [I] disabled, hereby (e.g. in accordance with a letter dated November 15th, 2022 in **APPEAL #22-2040** from case manager - Amy Gigliotti which INSTRUCTS me to file for IFP status in the DISTRICT COURT FWC case #17-cv-10164 by 12-14-2022).*

From: Melvin Jones Jr.  - disabled Flint Resident

1935 Hosler St. - Flint, Michigan 48503 [and] previous address: 829 Campbell St - Flint, Michigan 48507  Email- meljonesjr@gmail.com

Phone# (google voice to text) 415-562-5074

**_MOTION FOR IFP, based upon the initial granting of my IFP in FWC case #21-cv-10937._**

Here... in the interest of judicial economy and economy upon myself.... [the generalized issues which I intend upon presenting on appeal can be found in _Ecf Doc. # 1000 (as to 6th Circuit Court of Appeals —- appeal #22-2040_) regarding the instant FWC case #17-cv-10164].

Also, I respectfully note that my "financial status" HAS NOT changed for the better since my previous granting of IFP in FWC #21-cv-10937; in FACT... I believe and assert that my pauper status has gotten MUCH worse. For example, at present, my checking account @ Huntington Bank is overdrawn, and my account balance in my MI ABLE account is approx. $1,700.xx; my home in

*the City of Flint… needs MANY plumbing replacements and/ or repairs (approx. $10,000.xx) and my "burial space vacant lot" has taxes owed on it; and my Charles Schwab stock/ slices account has approx. $500.xx in it.*

*See for example a CAPTION of my current checking account balance @ Huntington Bank:*

```
Asterisk-Free Checking... 6420
Today's Beginning Balance      -$5.77
Pending Transactions           -$18.98
Deposit Holds                   $0.00
Account Balance               -$24.75
```

**—---------**

*I realize that the FWC district court (e.g. Judge LEVY) might NOT at first be inclined to GRANT my IFP "continuing request here".... but, MAYBE if I explain my concerns and confusion[s] which I believe (but hopefully NOT) cause my IFP request here to be MOOT.   Which is to say, due to my disabling medical conditions [] and serious vision impairments (e.g. the District Court/ Judge LEVY has previously GRANTED — LARGE PRINT accommodation for me {e.g. and the 6th Circuit Court of Appeals case manager - Amy Gigliotti has ALSO put (as a courtesy) letter[s] and/ or orders WHEN POSSIBLE in large print format for me})…. I admit that I am NOT able to fully read certain*

*documents and/ or orders and such.... And, no kidding here — I have gotten by nearly my entire life doing so, because I additionally suffer from really BAD eye strain "migraine headaches"; and my IBS medical condition also causes me to have VERY bad headaches; and, recently <u>...additionally (no kidding here).... In the year 2016 [I] was diagnosed with the medical condition PERIPHERAL NEUROPATHY</u> (e.g. and RECENTLY... [as I recall] I have found out that LEAD EXPOSURE over a period of time FOR ADULTS such as myself can result in <u>PERIPHERAL NEUROPATHY</u>. That is to say, that PRIOR to me having moved to the City of Flint in the year 2017.... I already*

*experienced <u>**PERIPHERAL NEUROPATHY**</u>... but [NOW] I believe that the Flint Poisoned Water Crisis has WORSENED my <u>**PERIPHERAL NEUROPATHY**</u>... whereby literally (as I believe I have documented in my ARCHER CLAIMS FILE/ uploads) my need to be taken to URGENT care as a result of injuries sustained by me as a result of my worsen <u>**PERIPHERAL NEUROPATHY**</u> speaks for itself (e.g. Colleen Connors, my informal caregiver literally drove me as a passenger in her car to URGENT care on several occasions).*

*I have received decisions from the 6th Circuit Court of Appeals which seem to INDICATE that there is jurisdictional issues and/ or "scheduling orders" as to the*

***Bellwether Trials which DISALLOW me to be able to assert proper jurisdictional - standing [for lack of a better term] regarding some of my appeals presented in FWC case[s].***

***So — I thought that I may NEED to pose "situational" scenario questions to you Judge Levy... so that I will KNOW when, [IF] at all... the your court will be willing to ALLOW me to file NOTICE documents to you for example.  So, here goes:***

- ***Looking back NOW upon ALL of the facts and issues leading up to the Flint Water Crisis that the district court/ Judge Levy is aware of NOW.... [is] it***

*FEASIBLE now for the MI Emergency Manager Law to be SLIGHTLY augmented to ADD a SIMPLE sentence that "the WATER of a City or local unit CANNOT be switched or changed" without the PRIOR express written authorization of the US EPA" ?*

***<u>Emergency Manager Background: Under Public Act 72 of 1990,</u>***

**The original law was signed by Democrat governor James Blanchard….**

**The state [of] Michigan… is authorized to intervene in units of local government that experience financial emergencies. The House and Senate recently passed legislation that allows the state to**

*intervene at an earlier stage. The new law also expands the power of emergency managers in order to better equip them with the tools needed to address a local unit's financial emergency. Some are spreading misinformation about the legislation and trying to use this issue to provoke the kind of fighting seen in Wisconsin. Half of all jobs lost in the entire United States over the past decade were lost in Michigan. Dozens of local units of government are experiencing serious financial challenges. We are in a crisis. Setting the record straight: The Emergency Manager legislation is a proactive approach to preventing a local unit of government from experiencing a financial*

*emergency. An Emergency Manager would be appointed only in the event of a municipal financial emergency. By allowing the state to intervene at an earlier stage, the need for an emergency manager can be avoided. Appointing an emergency manager would minimize the likelihood that a local unit of government would be unable to provide basic services to its citizens. State intervention on local unit financial emergencies is not new, nor is only supported by Republicans: Michigan has had an emergency financial manager law on the books since 1988. <u>The original law was signed by Democrat governor James Blanchard</u>. An emergency financial manager has only been put in*

*place a total of 10 times in more than 20 years. Emergency financial managers have been utilized by both Republican and Democrat governors. State Treasurer Andy Dillon, who previously served as the Democrat Speaker of the House, is leading the administration's effort to ensure emergency managers that may be necessary in the future are properly trained. Despite the misinformation being spread by the media and on the Internet, the legislation does not give the governor the ability to remove elected officials at will. Claims that it does are simply not true. The legislation includes a series of triggers, one of which must occur before a review of a local unit's finances is even conducted,*

*such as failure by the local unit of government to pay creditors or make timely pension contributions. Even if an emergency manager is put in place, local elected officials can only be removed from office if they refuse to provide information or assistance. The governor already has – and has had – the ability to put an emergency financial manager in place since 1988. The governor already has – and has had – the ability to remove elected officials for failing to do their duty or for corruption. This power was established in Michigan's 1963 constitution. Former Democrat Governor Jennifer Granholm used this power to conduct removal hearings for Kwame Kilpatrick, the former*

*Detroit mayor who stepped down from office and was then later convicted of corruption. An Emergency Manager can only be put in place if local elected officials fail to take the steps necessary to prevent a financial emergency. Emergency managers are accountable to both the governor and the Legislature, which in turn are both accountable to voters. The goal is to give emergency managers the tools they need to protect residents and address local government financial emergencies. Labor contracts make up the bulk of local government expenses. Because emergency financial managers do not currently have power to adequately address these issues, long-term financial problems are not*

*solved. This legislation does not eliminate collective bargaining: Although an emergency manager may void contracts to prevent the local unit of government from going into bankruptcy, new agreements still could come through the collective bargaining process. If the municipality was to enter bankruptcy, a judge would have sweeping powers to undo contracts. Bankruptcy is a much bigger threat to collective bargaining. The governor has repeatedly said he will work within the collective bargaining system. For further reading: Editorial: New state financial tools will help fix budgets, not bust unions (Detroit Free Press) For too long, Michigan has had too few tools to keep school*

*districts and cities from wallowing in financial trouble.*

https://www.michigan.gov/-/media/Project/Websites/formergovernors/Folder6/EMF_Fact_Sheet2.pdf?rev=23414f5715a94094a77d8a67776b20f9

[I], Melvin Jones Jr. -disabled resident of the City of Flint.... Assert that: The filing presented here (i.e. as best that I can tell — being that I have a history of CVA, TIA, Stroke and " episodic communication impairment"... which I believe have been MADE WORSE due to the Flint Poisoned Water Crisis)... have NOT been raised and disposed of in this Court or in the Court of Appeals and that they set forth a claim for relief as well as the basis for that claim (e.g. with the EXCEPTION) that previously Judge LEVY has GRANTED MY IFP status in FWC #21-cv-10937 and large print accommodations as to my serious vision impairments —- additionally by recollection, the 6th Circuit Court of appeals HAS considered two challenges to the "constitutionality" of the emergency manager law as being a form of racism of sorts — BUT

*here, my question[s] for Judge Levy/ IFP is of the reasonableness to ADD wording to the EM Law that would 100% prevent an abrupt water source switch to "save" money/ " the WATER of a City or local unit CANNOT be switched or changed" without the PRIOR express written authorization of the US EPA ").*

Thank you for taking the time to consider my request for leave to file — although such appears to BE MANDATED BY THE 6th Circuit Court of Appeals in appeal #**22-2040**.

Please provide the courts' response and/ or order regarding my request for leave (i.e. as to my IFP request) IN LARGE PRINT.

Whereby your clerk and/ or the clerk's office sends such to [ME] via email... to ensure that I receive it.

*Thank you.*

*Respectfully Submitted,*

**November 19th, 2022**

*_____  _____*

*Melvin Jones Jr. -  [FWC Archer Claimant] and resident of the City of Flint - pro se appellant, and interested party*