## NOTICE DOCUMENT — to Judge Levy to be filed in 5:22-mc-51723

From: Melvin Jones Jr.
1935 Hosler St. - Flint, Michigan 48503 [and] previous address: 829 Campbell St - Flint, Michigan 48507

___

    Notice document to ALERT Judge Levy... [of] YET another EPA failure as to the FWC.... which is to say --- UNLESS and UNTIL the US EPA can provide the EXACT composition of my water service supply line (e.g. with the accuracy of the XRF metal analyzer).... then what is old is new [e.g. the US EPA has NOT learned to "inspect what it expects as to such for example" )..... Mel's response to

the US EPA's offer for information as to the EXACT composition of my WATER SERVICE LINE.... on November 22nd, 2022.

Here --- [considering ALL most recent information available to me].... it is NOT the Plaintiffs' attorneys as to the FWC settlement who have NOT used the XFR metal analyzer properly, but the MI EGLE, City of Flint and US EPA.  And --- here is the "rub"... both the City of Flint and MI EGLE/ State of Michigan have ALREADY settled as to the FWC !!!  **Respectfully Submitted,**

November 22nd, 2022

_____.
    Melvin Jones Jr. - disabled Pro Se Appellant/ interested party [FWC Archer Claimant]



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D C. 20460
Office of Environmental Justice and External Civil Rights
Office of External Civil Rights Compliance

November 22, 2022

Mr. Melvin Jones, Jr.
1935 Hosler Street
Flint, MI 48503
meljonesjr@gmail.com

**<u>Re: Receipt of Correspondence Alleging Discrimination</u>**

Dear Mr. Jones:

This letter is to notify you that the U.S. Environmental Protection Agency (EPA), Office of External Civil Rights Compliance (OECRC),[1] received correspondence from you on November 5, 2022, alleging that the City of Flint discriminated against you in violation of Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000(d) *et seq.* (Title VI), Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794 (Section 504), the Federal

---

[1] On September 24, 2022, EPA announced the establishment of the Office of Environmental Justice and External Civil Rights (OEJECR) into which ECRCO was reorganized and renamed the Office of External Civil Rights Compliance (OECRC). OECRC continues to enforce and ensure compliance with federal civil rights laws which prohibit discrimination by applicants for and recipients of federal financial assistance from EPA.

Mr. Melvin Jones                                                                    Page 2

Water Pollution Control Act Amendments of 1972, 33 U.S.C. § 1251 *et seq.*, the Age Discrimination Act of 1975, 42 U.S.C. §§ 6101 *et seq.*, Title IX of the Education Amendments of 1972, as amended, 20 U.S.C. §§ 1681 *et seq.*, and EPA's nondiscrimination regulation at 40 C.F.R. Parts 5 and 7, on the basis of race, disability, age, and sex.

Specifically, your correspondence alleges that the City of Flint discriminated against you by failing to allow you "proper access to its 'educational' updates and/or educational facts as to the exact metal composition" of the water supply line to your home and by failing to keep accurate records of the water service line metal composition for homes in Flint. On November 7, 2022, OECRC contacted you via email seeking additional clarification regarding these claims you raised. In response, you mentioned that the City of Flint's continuation of its ongoing program to replace water service lines in Flint discriminated against you on the basis of your race, disability, age, and sex.

Pursuant to EPA's nondiscrimination regulation, OECRC conducts a preliminary review of administrative complaints to determine acceptance, rejection, or referral to the appropriate Federal agency. See 40 C.F.R. § 7.120(d)(1).  To be accepted for investigation, a complaint must meet the jurisdictional requirements

Mr. Melvin Jones             Page 3

described in the EPA's nondiscrimination regulation. First, the complaint must be in writing. See 40 C.F.R. § 7.120(b)(1). Second, it must describe an alleged discriminatory act that, if true, may violate the EPA's nondiscrimination regulation (i.e., an alleged discriminatory act based on race, color, national origin, sex, age, or disability). Id. Third, it must be filed within 180 days of the alleged discriminatory act. See 40 C.F.R. § 7.120(b)(2). Finally, the complaint must be filed against an applicant for, or recipient of, EPA financial assistance that allegedly committed the discriminatory act. See 40 C.F.R. § 7.15.

With respect to your allegations raised to OECRC on November 5, 2022, and after careful consideration, OECRC has determined that it will not investigate the alleged claims. The information provided to OECRC staff regarding this matter lack sufficient detail for OECRC to infer that discrimination may have occurred or is occurring.[2]

As you know, OECRC accepted your complaint against EGLE for investigation on March 11, 2022, to determine whether EGLE discriminated against you on the basis of

---

[2] See U.S. EPA, ECRCO Case Resolution Manual, Section 1.8, at 10-11. (Available at:https://www.epa.gov/sites/default/files/2021-01/documents/2021.1.5_final_case_resolution_manual_.pdf ).

Mr. Melvin Jones                                                                                  Page 4

race and disability with respect to the approval of Permit to Install (PTI) No. APP-2021-0019 for the Ajax Asphalt Plant. That complaint is pending in the Informal Resolution Agreement process as of the date of this letter. OECRC will continue to engage with you during the informal resolution process to continue to gather necessary facts and information to resolve the complaint.

OECRC and EPA Region 5 are willing to assist you in receiving information on how to have the water service line in your home tested and/or replaced. If you are interested in receiving this additional information, or if you have any questions about this letter, please contact the OECRC Case Manager on the matter, Jack Pantziris, at pantziris.jack@epa.gov.

                                      Sincerely,

ANHTHU HOANG  
Digitally signed by ANHTHU HOANG  
Date: 2022.11.22 15:13:23 -05'00'

                                      Anhthu Hoang,  
                                      Acting Director  
                                      Office of External Civil Rights Compliance

Mr. Melvin Jones                                                              Page 5

cc:   Ariadne Goerke
      Deputy Associate General Counsel
      Civil Rights & Finance Law Office

      Cheryl Newton
      Deputy Regional Administrator
      Deputy Civil Rights Official
      U.S. EPA Region 5

      Robert Kaplan
      Regional Counsel
      U.S. EPA Region 5

11/22/22, 4:43 PM Gmail - Ok --- thank you.... YES --- if by having my water service line tested and/ or replaced you/ Mr. Pantziris mean that the CI…

Case 5:22-mc-51723-JEL-EAS ECF No. 5, PageID.153 Filed 11/22/22 Page 8 of 20



Mel jones jr <meljonesjr@gmail.com>

---

## Ok --- thank you.... YES --- if by having my water service line tested and/ or replaced you/ Mr. Pantziris mean that the CITY OF FLINT will come out and dig to determine the ACTUAL composition of my WATER SERVICE LINE... then please let me know how an what information that I need to have such done; Re: Disabled - Melvin Jones Jr's response ---- thank you for your email..... Re: (disabled) - Flint resident, Melvin Jones Jr.'s US EPA TITLE VI discrimination complaint against the City of Flint as to the City of Flint's discriminatory USE of EPA funds $

1 message

---

**Mel jones jr** <meljonesjr@gmail.com>                                                                     Tue, Nov 22, 2022 at 4:41 PM
To: "Pantziris, Jack" <Pantziris.Jack@epa.gov>
Cc: "Hoang, Anhthu" <Hoang.Anhthu@epa.gov>, "Vong, Suong" <Vong.Suong@epa.gov>, "Liesner, Katelyn" <Liesner.Katelyn@epa.gov>, "MacMillan-Sanchez, Ariel" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna" <Johnson.Johahna@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, meljonesjr@myyahoo.com, Colleen Connors <cmcolleen4@gmail.com>, Silicon_Heartland@protonmail.com, Mel jones jr <meljonesjr@gmail.com>, "Johahna <Johnson.Johahna@epa.gov>, mel jones <meljr777@yahoo.com>, pnapoli@napolilaw.com, Hunter Shkolnik <hunter@napolilaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, llewis@cityofflint.com, dpfeiffer@cityofflint.com, qmurphy@cityofflint.com, jpriestley@cityofflint.com, tburns@cityofflint.com, egle-nondiscriminationCC@michigan.gov, Jeremy Maltz <jeremy@lehotskykeller.com>, Emmy Levens <elevens@cohenmilstein.com>, aherkenroder@cityofflint.com, Nicholas Leonard <nicholas.leonard@glelc.org>, Diane" <russell.diane@epa.gov>, "Frantz, Kimber (EGLE)" <FrantzK@michigan.gov>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <Liesl.Eichler.Clark@michigan.gov>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <ClarkL20@michigan.gov>, mjohnston@ajaxpaving.com, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <bettenhausenm@michigan.gov>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <tbishop@mayerbrown.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <jahmy.graham@nelsonmullins.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney

11/22/22, 4:43 PM
Gmail - OK! 7 thank you... YES --- I by having my water service line tested did you replace? you/ Margot? is it head that the CI…
Case 5:22-mc-51723-JEL-EAS   ECF No. 5, PageID.154   Filed 11/22/22   Page 9 of 20

General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <jon@lehotskykeller.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <mskaller@levylaw.com>, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <wkim@cityofflint.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <bergf@butzel.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <klein@butzel.com>, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <jmcampbell@campbell-trial-lawyers.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <bush@bsplaw.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <williams@bsplaw.com>, "Mel Jones Jr." <midcenturyatfirst@gmail.com>, "Pantziris, Jack" <Pantziris.Jack@epa.gov>, "Dorka, Lilian" <Dorka.Lilian@epa.gov>, "Regan, Michael" <Regan.Michael@epa.gov>, "Shore, Debra" <shore.debra@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, mel jones <meljr777@yahoo.com>, pnapoli@napolilaw.com, Hunter Shkolnik <hunter@napolilaw.com>, llewis@cityofflint.com, dpfeiffer@cityofflint.com, qmurphy@cityofflint.com, jpriestley@cityofflint.com, tburns@cityofflint.com, egle-nondiscriminationCC@michigan.gov, Jeremy Maltz <jeremy@lehotskykeller.com>, Emmy Levens <elevens@cohenmilstein.com>, aherenroder@cityofflint.com, Nicholas Leonard <nicholas.leonard@glelc.org>, travis.gamble@faegredrinker.com, david.kent@faegredrinker.com, vance.wittie@faegredrinker.com, perickson@plunkettcooney.com, rkamenec@plunkettcooney.com, rstowers@plunkettcooney.com, Saulius <smikalonis@plunkettcooney.com>, wayne.mason@faegredrinker.com, Mel jones jr <Blessedami97@yahoo.com>, ctaylor@jonesday.com, lpgabel@jonesday.com, melindetroit <melindetroit@gmail.com>, Complaints Office 05 <ComplaintsOffice05@hud.gov>, Theodore Leopold <tleopold@cohenmilstein.com>, Steve Morrissey <smorrissey@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, pnovak@weitzlux.com, tbingman@tbingmanlaw.com, eberezofsky@eblawllc.com, Val@vlwlegal.com, robinsonr11 <robinsonr11@michigan.gov>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <adevine@campbell-

11/22/22, 4:43 PM                                    Gmail - Ok 72 thank you... YES --- if by having my water service line tested and/ or replaced you/ Mr. Pantziris mean that the CI...

Case 5:22-mc-51728-JEL-EAS ECF No. 5, PageID.155 Filed 11/22/22 Page 10 of 20

triallawyers.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "Newton, Cheryl" <Newton.Cheryl@epa.gov>, "O'Lone, Mary" <OLone.Mary@epa.gov>, Debbie Chizewer <dchizewer@earthjustice.org>, "Stern,, Corey" <cstern@levylaw.com>
Bcc: "Mel Jones Jr." <midcenturyatfirst@gmail.com>, Mel jones jr <Blessedami97@yahoo.com>, mel jones <meljr777@yahoo.com>

*November 22nd, 2022*

*Thank you for your email, Mr. Pantziris,*
*Ok --- thank you.... YES --- if by having my water service line tested and/ or replaced you/ Mr. Pantziris mean that the CITY OF FLINT will come out and dig to determine the ACTUAL composition of my WATER SERVICE LINE... then please let me know how and what information that I need to have such done {i.e. to accurately determine that my water service line is NOT of some sort of LEAD composition} ?*

*Respectfully,*
*/s/*
*~Melvin Jones Jr. - disabled US EPA Title VI complainant*
*------------------------*

On Tue, Nov 22, 2022 at 3:29 PM Pantziris, Jack <Pantziris.Jack@epa.gov> wrote:

> Mr. Jones,
>
> Please find attached a letter responding to your communication to OECRC on November 5, 2022. As stated in the letter, after careful consideration, OECRC has determined it will not investigate the alleged claims, as the information provided to OECRC staff regarding this

11/22/22, 4:43 PM Gmail - OK. Thank you. EPA --- Enjoy having my water service line tested and/ or replaced you/ Michigantzis mean that the Cl…

Case 5:22-mc-51728-JEL-EAS ECF No. 5, PageID.156 Filed 11/22/22 Page 11 of 20

matter lack sufficient detail for OECRC to infer that discrimination may have occurred or is occurring.

However, as detailed in the letter, OECRC and EPA Region 5 are willing to assist you in receiving information on how to have the water service line in your home tested and/or replaced. If you are interested in receiving this information, please let us know and we would be happy to do so.

Furthermore, to provide you with an update on EPA Complaint No. 03DRr-22-R5, OECRC remains in informal resolution agreement negotiations with MI EGLE, and that complaint is pending in the IRA process as of today. OECRC will continue to engage with you during the informal resolution process to continue to gather necessary facts and information to resolve the complaint.

If you have any questions about this email or the attached letter, please don't hesitate to reach out. Thank you.

Best,

Jack Pantziris

Program Analyst – Office of External Civil Rights Compliance (OECRC)

Office of Environmental Justice and External Civil Rights | U.S. Environmental Protection Agency

[Pantziris.Jack@epa.gov](mailto:Pantziris.Jack@epa.gov)

202-564-2466

Pronouns: he/him/his

---

**From:** Mel jones jr <meljonesjr@gmail.com>
**Sent:** Monday, November 7, 2022 4:42 PM
**To:** Pantziris, Jack <Pantziris.Jack@epa.gov>
**Cc:** Liesner, Katelyn <Liesner.Katelyn@epa.gov>; MacMillan-Sanchez, Ariel <MacmillanSanchez.Ariel@epa.gov>; Mel jones jr <meljonesjr@gmail.com>; Colleen Connors <cmcolleen4@gmail.com>; Oviedo, Luis <oviedo.luis@epa.gov>; Hoang, Anhthu <Hoang.Anhthu@epa.gov>; Dorka, Lilian <Dorka.Lilian@epa.gov>
**Subject:** Disabled - Melvin Jones Jr's response ---- thank you for your email..... Re: (disabled) - Flint resident, Melvin Jones Jr.'s US EPA TITLE VI discrimination complaint against the City of Flint as to the City of Flint's discriminatory USE of EPA funds $1...

```
11-7-2022

To: The US EPA Title VI department/
Jack Pantziris....
```

Hello,

Thank you for your email.  In response to your question:

*Q:* Could you please describe in further detail the specific act that occurred on this date (November 4, 2022) by the named entity in your submission ?

11/22/22, 4:43 PM Gmail - OLK72 thank you. EAS --- Ei (by having my water service line tested and/ or replaced you/ Mulgenti us mean that the CI…

Case 5:22-mc-51728-JEL-EAS ECF No. 5, PageID.158 Filed 11/22/22 Page 13 of 20

ANSWER: This is where the "PUBLIC EDUCATION" mandate of the City of Flint was discriminatorily put against [ME] as a disabled, aged, male - Adult resident of the City of Flint. And that is to say --- On or about October 28th, 2022... when the City of Flint requested an extension as to the $100 million dollars of federal financial assistance from the EPA, that was the "**precipitating even**t" which GAVE RISE to the failure on November 4th, 2022 (e.g. which CAN actually be viewed as having an "event date" of October 28th, 2022). And, so WHY is that so ? Well, here... the answer is VERY simple but complex (e.g. so [IF] my instant response is NOT clear... PLEASE allow me to further clarify) ---- **<u>Here, on October 28th, 2022 is WHEN 100% of the FAILURES and resulting discrimination put against [ME] by the City of Flint.... literally became the 100% responsiblity of the Mayor Sheldon Neeley Administration {and} 100% of the CURRENT - Flint City Council.</u>** Which is to say... the ASK/ request of the EPA on 10-28-2022 regarding the $100 million dollars of EPA funds (e.g. but NOT limited to just said EPA funds).... was IN FACT (e.g. I believe) an assertion to the US EPA from the CITY OF FLINT.... that [they]/ the City of Flint had done so {(e.g. NOT carried out ANY discrimination in effort to OBTAIN said EPA agreement)}... *<u>BUT, in REALITY</u> ---- [I] believe that... the CITY OF FLINT on November 4th, 2022 ---- KNEW that they/ the CITY OF FLINT had NOT properly adhered to the EPA Title VI mandate {e.g. as to [ME], but NOT limited just to me in the City of Flint....} that:* "No person in the United States shall, on the ground of race, color, or

11/22/22, 4:43 PM Gmail - Ok -- thank you. EAS --- ff by having my water service line tested and/ or replaced you/ Mr. Pantziris mean that the CI…

Case 5:22-mc-51728-JEL-EAS ECF No. 5, PageID.159 Filed 11/22/22 Page 14 of 20

*national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance."*

*...and, thereby [my] EPA Title VI discrmination complaint (I believe) is properly and timely filed so as to NOT deprive the US EPA of jurisdiction.*

*Please let me know as soon as possible [IF] my response makes sense to you/ Mr. Pantziris @ the US EPA Title VI department.*

*Sincerely,*

*/s/*

*~Melvin Jones Jr. - disabled EPA Tile VI complainant*

------------------------------

On Mon, Nov 7, 2022 at 4:04 PM Pantziris, Jack <Pantziris.Jack@epa.gov> wrote:

> Mr. Jones,
>
> Thank you for your email. We had a clarifying question for you based on the information you shared with our office. In your submission, you mention that the City of Flint failed to allow you proper access to information regarding the metal composition in your water service line "on November 4th".
>
> Could you please describe in further detail the specific act that occurred on this date (November 4, 2022) by the named entity in your submission. Any specific

11/22/22, 4:43 PM	Gmail - Follow-up AES --- Ei by having my water service line tested and / or replaced you/Magentis mean that the CI…

Case 5:22-mc-51728-JEL-EAS ECF No. 5, PageID.160 Filed 11/22/22 Page 15 of 20

information about the act that occurred on this date would be helpful. Please let me know if you have any questions about this inquiry or would like to discuss further. Thanks!

Best,

Jack Pantziris

Program Analyst – Office of External Civil Rights Compliance (OECRC)

Office of Environmental Justice and External Civil Rights | U.S. Environmental Protection Agency

[Pantziris.Jack@epa.gov](mailto:Pantziris.Jack@epa.gov)

202-564-2466

Pronouns: he/him/his

---

**From:** Mel jones jr <meljonesjr@gmail.com>
**Sent:** Saturday, November 5, 2022 7:28 AM
**To:** Title VI Complaints <Title_VI_Complaints@epa.gov>
**Cc:** Pantziris, Jack <Pantziris.Jack@epa.gov>; Dorka, Lilian <Dorka.Lilian@epa.gov>; Deborah Greenspan <deborah.greenspan@blankrome.com>; Colleen Connors <cmcolleen4@gmail.com>; Mel jones jr <meljonesjr@gmail.com>; meljonesjr@myyahoo.com; Silicon_Heartland@protonmail.com; Regan, Michael <Regan.Michael@epa.gov>; Shore, Debra <Shore.Debra@epa.gov>; Russell, Diane <russell.diane@epa.gov>; Hoang, Anhthu <Hoang.Anhthu@epa.gov>; Liesner, Katelyn <Liesner.Katelyn@epa.gov>; Johnson, Johahna <Johnson.Johahna@epa.gov>; Oviedo, Luis <oviedo.luis@epa.gov>; MacMillan-Sanchez, Ariel <MacmillanSanchez.Ariel@epa.gov>; mel jones <meljr777@yahoo.com>; pnapoli@napolilaw.com; Hunter Shkolnik <hunter@napolilaw.com>; Patrick Lanciotti <PLanciotti@napolilaw.com>; llewis@cityofflint.com; dpfeiffer@cityofflint.com; qmurphy@cityofflint.com; jpriestley@cityofflint.com; tburns@cityofflint.com; egle-nondiscriminationCC@michigan.gov; Jeremy Maltz <jeremy@lehotskykeller.com>; Emmy Levens <elevens@cohenmilstein.com>; aherkenroder@cityofflint.com; Nicholas Leonard <nicholas.leonard@glelc.org>; Diane <russell.diane@epa.gov>, Kimber, (EGLE) <FrantzK@michigan.gov>; mnguyen-dang@mayerbrown.com; Amanda Trujillo <atrujillo@cityofflint.com>; Flint Mayor <mayor@cityofflint.com>; Michigan Attorney General <miag@michigan.gov>; travis.gamble@faegredrinker.com; david.kent@faegredrinker.com;

11/22/22, 4:43 PM Gmail - Ok -- thank you. --- ET by having my water service line tested and/ or replaced you/ Weaver is means that the CI…

Case 5:22-mc-51728-JEL-EAS ECF No. 5, PageID.161 Filed 11/22/22 Page 16 of 20

vance.wittie@faegredrinker.com; perickson@plunkettcooney.com; rkamenec@plunkettcooney.com; rstowers@plunkettcooney.com; Saulius <smikalonis@plunkettcooney.com>; wayne.mason@faegredrinker.com; Mel jones jr <Blessedami97@yahoo.com>; ctaylor@jonesday.com; lpgabel@jonesday.com; melindetroit <melindetroit@gmail.com>; Complaints Office 05 <ComplaintsOffice05@hud.gov>; Theodore Leopold <tleopold@cohenmilstein.com>; Steve Morrissey <smorrissey@susmangodfrey.com>; mpitt <mpitt@pittlawpc.com>; pnovak@weitzlux.com; tbingman@tbingmanlaw.com; eberezofsky@eblawllc.com; Val@vlwlegal.com; robinsonr11 <robinsonr11@michigan.gov>; Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney Ge <adevine@campbell-triallawyers.com>; King-Piepenbrok, Pier (AG) <KingP1@michigan.gov>; Newton, Cheryl <Newton.Cheryl@epa.gov>; O'Lone, Mary <OLone.Mary@epa.gov>; Debbie Chizewer <dchizewer@earthjustice.org>; Stern,, Corey <cstern@levylaw.com>; Mark Cuker <mark@cukerlaw.com>; jdelorenzo@plunkettcooney.com; kuhlr@michigan.gov; Starfield, Lawrence <Starfield.Lawrence@epa.gov>; Michael.L.Polsinelli@hud.gov; Mel Jones Jr. <midcenturyatfirst@gmail.com>
**Subject:** (disabled) - Flint resident, Melvin Jones Jr.'s US EPA TITLE VI discrimination complaint against the City of Flint as to the City of Flint's discriminatory USE of EPA funds $100 million dollars in "LEAD SERVICE LINE REMOVAL FUNDS" occurring on November...

# November 5th, 2022

# To -- the US EPA Title VI discrimination department

**11-21-2022 - Letter to Complainant.pdf**
236K

11/22/22, 5:46 PM
Case 5:22-mc-51723-JEL-EAS ECF No. 5, PageID.162 Filed 11/22/22 Page 17 of 20
Gmail - notice of [MY] intent to FILE a notice document to ALERT Judge Levy... [of] YET another EPA failure as to the FW...

 Gmail

Mel jones jr <meljonesjr@gmail.com>

# FYI --- notice of [MY] intent to FILE a notice document to ALERT Judge Levy... [of] YET another EPA failure as to the FWC.... which is to say --- UNLESS and UNTIL the US EPA can provide the EXACT composition of my water service supply line (e.g. with the accuracy of the XRF metal analyzer).... then what is old is new [e.g. the US EPA has NOT learned to "inspect what it expects as to such for example" )..... Mel's response to the US EPA's offer for information as to the EXACT composition of my WATER SERVICE LINE.... on November 22nd, 2022

1 message

**Mel jones jr** <meljonesjr@gmail.com>  Tue, Nov 22, 2022 at 5:30 PM
To: "Johahna <Johnson.Johahna@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, meljonesjr@myyahoo.com, Colleen Connors <cmcolleen4@gmail.com>, Silicon_Heartland@protonmail.com, Mel jones jr <meljonesjr@gmail.com>, Johahna" <Johnson.Johahna@epa.gov>, mel jones <meljr777@yahoo.com>, pnapoli@napolilaw.com, Hunter Shkolnik <hunter@napolilaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, llewis@cityofflint.com, dpfeiffer@cityofflint.com, qmurphy@cityofflint.com, jpriestley@cityofflint.com, tburns@cityofflint.com, egle-nondiscriminationCC@michigan.gov, Jeremy Maltz <jeremy@lehotskykeller.com>, Emmy Levens <elevens@cohenmilstein.com>, aherkenroder@cityofflint.com, Nicholas Leonard <nicholas.leonard@glelc.org>, "Frantz, Kimber (EGLE)" <FrantzK@michigan.gov>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <Liesl.Eichler.Clark@michigan.gov>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <ClarkL20@michigan.gov>, mjohnston@ajaxpaving.com, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <bettenhausenm@michigan.gov>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <tbishop@mayerbrown.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <jahmy.graham@nelsonmullins.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <jon@lehotskykeller.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com,

11/22/22, 5:46 PM
Case 5:22-mc-51723-JEL-EAS ECF No. 5, PageID.163 Filed 11/22/22 Page 18 of 20
Gmail - 5/17- Notice of (7) Aiding CELA a notice, document to AUSRT Judge Levy. /21/22 - another EPA failure as to the FW...

jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <mskaller@levylaw.com>, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Amanda Trujillo <atrujillo@cityofflint.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <wkim@cityofflint.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <bergf@butzel.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <klein@butzel.com>, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <jmcampbell@campbell-trial-lawyers.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <bush@bsplaw.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <williams@bsplaw.com>, Corey <cstern@levylaw.com>, Silicon_Heartland@protonmail.com, Mel jones jr <meljonesjr@gmail.com>, "Johahna <Johnson.Johahna@epa.gov>, mel jones <meljr777@yahoo.com>, pnapoli@napolilaw.com, Hunter Shkolnik <hunter@napolilaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, llewis@cityofflint.com, dpfeiffer@cityofflint.com, qmurphy@cityofflint.com, jpriestley@cityofflint.com, tburns@cityofflint.com, egle-nondiscriminationCC@michigan.gov, Jeremy Maltz <jeremy@lehotskykeller.com>, Emmy Levens <elevens@cohenmilstein.com>, aherkenroder@cityofflint.com, Nicholas Leonard <nicholas.leonard@glelc.org>, Diane" <russell.diane@epa.gov>, "Mel Jones Jr." <midcenturyatfirst@gmail.com>, "Pantziris, Jack" <Pantziris.Jack@epa.gov>, "Dorka, Lilian" <Dorka.Lilian@epa.gov>, "Regan, Michael" <Regan.Michael@epa.gov>, "Shore, Debra" <shore.debra@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, travis.gamble@faegredrinker.com, david.kent@faegredrinker.com, vance.wittie@faegredrinker.com, perickson@plunkettcooney.com, rkamenec@plunkettcooney.com, rstowers@plunkettcooney.com, Saulius <smikalonis@plunkettcooney.com>, wayne.mason@faegredrinker.com, Mel jones jr <Blessedami97@yahoo.com>, ctaylor@jonesday.com, lpgabel@jonesday.com, melindetroit <melindetroit@gmail.com>, Complaints Office 05 <ComplaintsOffice05@hud.gov>, Theodore Leopold <tleopold@cohenmilstein.com>, Steve Morrissey <smorrissey@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, pnovak@weitzlux.com, tbingman@tbingmanlaw.com, eberezofsky@eblawllc.com, Val@vlwlegal.com, robinsonr11 <robinsonr11@michigan.gov>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <adevine@campbell-

https://mail.google.com/mail/u/0/?ik=89255240ee&view=pt&search=all&permthid=thread-a%3Ar-2618089549487579963&simpl=msg-a%3Ar4039061… 2/4

11/22/22, 5:46 PM                                                   Gmail - 5,11-22 notice of [M/y] intent to FILE a notice document to ALERT Judge Levy... 1/22/22 another EPA failure as to the FW...

Case 5:22-mc-51723-JEL-EAS ECF No. 5, PageID.164 Filed 11/22/22 Page 19 of 20

triallawyers.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "Newton, Cheryl" <Newton.Cheryl@epa.gov>, "O'Lone, Mary" <OLone.Mary@epa.gov>, Debbie Chizewer <dchizewer@earthjustice.org>
Cc: Mel jones jr <meljonesjr@gmail.com>
Bcc: "Mel Jones Jr." <midcenturyatfirst@gmail.com>, Mel jones jr <Blessedami97@yahoo.com>, mel jones <meljr777@yahoo.com>

November 22nd, 2022

<u>FYI to ALL PARTIES</u> [and] Special Master Deborah Greenspan --- notice of [MY] intent to FILE a notice document to ALERT Judge Levy... [of] YET another EPA failure as to the FWC.... which is to say --- UNLESS and UNTIL the US EPA can provide the EXACT composition of my water service supply line (e.g. with the accuracy of the XRF metal analyzer).... then what is old is new [e.g. the US EPA has NOT learned to "inspect what it expects as to such for example" ).... Mel's response to the US EPA's offer for information as to the EXACT composition of my WATER SERVICE LINE.... on November 22nd, 2022.

Here --- [considering ALL most recent information available to me].... it is NOT the Plaintiffs' attorneys as to the FWC settlement who have NOT used the XFR metal

*analyzer properly, but the MI EGLE, City of Flint and US EPA.*

*And --- here is the "rub"... both the City of Flint and MI EGLE/ State of Michigan have ALREADY settled as to the FWC !!!*

*Sincerely,*

*/s/*

*~Melvin Jones Jr. - disabled Flint Resident*

.......................

---------- Forwarded message ---------
From: **Mel jones jr** <meljonesjr@gmail.com>
Date: Tue, Nov 22, 2022 at 4:46 PM
Subject: Mel's response to the US EPA's offer for information as to the EXACT composition of my WATER SERVICE LINE.... on November 22nd, 2022
To: Mel jones jr <meljonesjr@gmail.com>
Cc: Colleen Connors <cmcolleen4@gmail.com>, <Silicon_Heartland@protonmail.com>

# VERY IMPORTANT EMAIL [for] the US EPA File.

**2 attachments**

📄 **11-21-2022 - Letter to Complainant.pdf**
236K

📄 **Gmail - Ok --- thank you.... YES --- if by having my water service line tested and_ or replaced you_ Mr. Pantziris mean that the CITY OF FLINT will come out and dig to determine the ACTUAL composition of my WATER SERVICE LINE... then please let me kno.pdf**
275K