# Additional... NOTICE DOCUMENT — to Judge Levy to be filed in 5:22-mc-51723

ALERT - to Judge Levy that this instant NOTICE to your court is meant to be PART of my IFP request as to 6th Circuit Court of Appeal #22-2042 (e.g. see ECF Doc. #2269 [which was apparently mistakenly filed by me in FWC #16-cv-10444 pertaining to Ecf Doc. #1003 in FWC #17-cv-10164] whereby I was instructed to file my IFP request in the DISTRICT COURT by the 6th Circuit Court of Appeals case manager [Amy Gigliotti]

*For ease of reference…. see the caption below:*



*From: Melvin Jones Jr.*

*1935 Hosler St. - Flint, Michigan 48503 [and] previous address: 829 Campbell St - Flint, Michigan 48507*

---

*Please also see the attachments affixed hereto…. [simply put]: an additional QUESTIONS for the district court which [I] have are;*

- *Wouldn't it be VERY practical for the US EPA to have —- "inspected" what it/ the US EPA expected as to the LEAD SERVICE LINE REMOVAL PROJECT AS TI THE CITY OF FLINT ?*
- *For example…. That is to say ---- TRUST, but verify {e.g. especially THE CITY of Flint keeping in mind the FACTS as to the FWC --- that is to ask, DOES THE US EPA have dirt digging heavy equipment ???} .*
- *Also, is it NOW (e.g. as a matter of Judicial Economy — and clarity to the JURY) that the US EPA is held to answer at trial along with VNA, and LAN…. ???*
- *but SADLY --- the defense for BOTH Veolia North American and LAN are made 100% correct; that is GOVERNMENT "failure" at every-level. So --- here, IF LK Law Firm is reading my emails…. yep, of course a TRIAL with all three non-settled defendants will more likely than not yield a verdict against AT LEAST one defendant.* 🤔🤔�

*Thank you for taking the time to consider my request for leave to file — although such appears to BE MANDATED BY THE 6th Circuit Court of Appeals in appeal #22-2042 — … please provide the courts'*

*response and/ or order regarding my request for leave (i.e. as to my IFP request).... IN LARGE PRINT, and whereby your clerk and/ or the clerk's office sends such to [ME] via email… to ensure that I receive it.*

**Respectfully Submitted,**

November 22nd, 2022

_____
 *Melvin Jones Jr. - disabled Pro Se Appellant/ interested party [FWC Archer Claimant]*

                                                            Mel jones jr <meljonesjr@gmail.com>

# To: US EPA Jack Pantziris ---- A Sensitive XRF Screening Method for Lead in Drinking Water

1 message

**Mel jones jr** <meljonesjr@gmail.com>                                  Tue, Nov 22, 2022 at 10:49 PM
To: "Pantziris, Jack" <Pantziris.Jack@epa.gov>, "Dorka, Lilian" <Dorka.Lilian@epa.gov>
Cc: Mel jones jr <meljonesjr@gmail.com>, Colleen Connors <cmcolleen4@gmail.com>, "Hoang, Anhthu" <Hoang.Anhthu@epa.gov>, "Vong, Suong" <Vong.Suong@epa.gov>, "Liesner, Katelyn" <Liesner.Katelyn@epa.gov>, "MacMillan-Sanchez, Ariel" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna" <Johnson.Johahna@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, meljonesjr@myyahoo.com, Silicon_Heartland@protonmail.com, "Johahna <Johnson.Johahna@epa.gov>, mel jones <meljr777@yahoo.com>, pnapoli@napolilaw.com, Hunter Shkolnik <hunter@napolilaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, llewis@cityofflint.com, dpfeiffer@cityofflint.com, qmurphy@cityofflint.com, jpriestley@cityofflint.com, tburns@cityofflint.com, egle-nondiscriminationCC@michigan.gov, Jeremy Maltz <jeremy@lehotskykeller.com>, Emmy Levens <elevens@cohenmilstein.com>, aherkenroder@cityofflint.com, Nicholas Leonard <nicholas.leonard@glelc.org>, Diane" <russell.diane@epa.gov>, "Frantz, Kimber (EGLE)" <FrantzK@michigan.gov>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <Liesl.Eichler.Clark@michigan.gov>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <ClarkL20@michigan.gov>, mjohnston@ajaxpaving.com, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <bettenhausenm@michigan.gov>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <tbishop@mayerbrown.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <jahmy.graham@nelsonmullins.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <jon@lehotskykeller.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina

N." <mskaller@levylaw.com>, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <wkim@cityofflint.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <bergf@butzel.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <klein@butzel.com>, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <jmcampbell@campbell-trial-lawyers.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <bush@bsplaw.com>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <williams@bsplaw.com>, "Mel Jones Jr." <midcenturyatfirst@gmail.com>, "Pantziris, Jack" <Pantziris.Jack@epa.gov>, "Dorka, Lilian" <Dorka.Lilian@epa.gov>, "Regan, Michael" <Regan.Michael@epa.gov>, "Shore, Debra" <shore.debra@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, mel jones <meljr777@yahoo.com>, pnapoli@napolilaw.com, Hunter Shkolnik <hunter@napolilaw.com>, llewis@cityofflint.com, dpfeiffer@cityofflint.com, qmurphy@cityofflint.com, jpriestley@cityofflint.com, tburns@cityofflint.com, egle-nondiscriminationCC@michigan.gov, Jeremy Maltz <jeremy@lehotskykeller.com>, Emmy Levens <elevens@cohenmilstein.com>, aherkenroder@cityofflint.com, Nicholas Leonard <nicholas.leonard@glelc.org>, travis.gamble@faegredrinker.com, david.kent@faegredrinker.com, vance.wittie@faegredrinker.com, perickson@plunkettcooney.com, rkamenec@plunkettcooney.com, rstowers@plunkettcooney.com, Saulius <smikalonis@plunkettcooney.com>, wayne.mason@faegredrinker.com, Mel jones jr <Blessedami97@yahoo.com>, ctaylor@jonesday.com, lpgabel@jonesday.com, melindetroit <melindetroit@gmail.com>, Complaints Office 05 <ComplaintsOffice05@hud.gov>, Theodore Leopold <tleopold@cohenmilstein.com>, Steve Morrissey <smorrissey@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, pnovak@weitzlux.com, tbingman@tbingmanlaw.com, eberezofsky@eblawllc.com, Val@vlwlegal.com, robinsonr11 <robinsonr11@michigan.gov>, "Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N." <adevine@campbell-triallawyers.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "Newton, Cheryl" <Newton.Cheryl@epa.gov>, "O'Lone, Mary" <OLone.Mary@epa.gov>, Debbie Chizewer <dchizewer@earthjustice.org>, "Stern,, Corey" <cstern@levylaw.com>
Bcc: "Mel Jones Jr." <midcenturyatfirst@gmail.com>, Mel jones jr <Blessedami97@yahoo.com>, mel jones <meljr777@yahoo.com>

*11-23-2022*

5:22-mc-51723 and file: No: 03DRr-22-R5

***To: Jack Pantziris*** *Program Analyst – External Civil Rights Compliance Office (ECRCO) Office of General Counsel |*

*U.S. Environmental Protection Agency* [Pantziris.Jack@epa.gov](Pantziris.Jack@epa.gov)

*ph# 202-564-2466*

***From: Mr. Melvin Jones, Jr.***

*1935 Hosler Street*

*Flint, MI 48503*

ph#( google-voice to text) 415-562-5074

[meljonesjr@gmail.com](meljonesjr@gmail.com)

Good late evening - Jack Pantziris,

*Just a friendly suggestion for the US EPA going forward.  Maybe as PART of your new multimillion dollar Title VI "program".... this stuff that follows and is attached (e.g. although I have NOT read most of such).... WILL help the EPA become the premier agency which I am*

*informed that the current presidential administration has stated is the GOAL. That is to say ---- TRUST, but verify {e.g. especially THE CITY of Flint keeping in mind the FACTS as to the FWC --- that is to ask, DOES THE US EPA have dirt digging heavy equipment ???} . Also, I would NOW be shocked if the US EPA is NOT held to answer at trial along with VNA, and LAN.... but SADLY --- the defense for BOTH Veolia North American and LAN are made 100% correct; that is GOVERNMENT "failure" at every-level.*

*So --- here, IF LK Law Firm is reading my emails.... yep, of course a TRIAL with all three non-settled defendants will more likely than not yield a verdict against AT LEAST one defendant. 🤔🤔🤔.*

*A novel method for quickly and quantitatively measuring aqueous lead in drinking water has been developed. A commercially available activated carbon felt has been found to effectively capture lead from tap water, and partnered with X-ray fluorescence (XRF) spectrometry, it provides quantitative measurement of aqueous lead in drinking water.*

*Specifically, for a 2 L volume of tap water, the linear range of detection was found to be from 1–150 ppb, encompassing the current EPA limit for lead in drinking water (15 ppb). To make a reproducible and easy to use method for filtering, a 2 L bottle cap with a 1.25 cm diameter hole was used for filtering. Utilizing this filtration method, 75 solutions from 0 to 150 ppb lead gave a 91% sensitivity, 97% specificity, and 93% accuracy, and all the misclassified samples fell between 10 and 15 ppb. This method has also proved reliable for detecting calcium as well as several other divalent metals in drinking water including copper, zinc, iron, and manganese.*



source:
https://pubs.acs.org/doi/pdf/10.1021/acs.analchem.9b05058

Respectfully,
/s/

~disabled - Mel

**3 attachments**

📄 **Vanta XRF Analyzer for Lead-Free Drinking Water.pdf**
240K

📄 **Using XRF to Check for Lead in Drinking Water Pipes and Fittings.pdf**
1183K

📄 **11-21-2022 - Letter to Complainant (1).pdf**
236K